IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STANLEY ORICK                                                                                                    PLAINTIFF
ADC #127343

V.                                         NO: 5:11CV00030 SWW

RAY HOBBS *et al.*                                                                                             DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 31st day of March, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE